**United States District Court**
**District of Connecticut**

| | |
|---|---|
| OPEN COMMUNITIES ALLIANCE and SOUTHCOAST FAIR HOUSING, | |
| Plaintiffs, | Civil No. 3:20-cv-01587 |
| -against- | |
| UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, and BEN CARSON, in his official capacity as United States Secretary of Housing and Urban Development, | **NOTICE OF APPEARANCE** |
| Defendants. | |

I am authorized to practice in this Court, and I appear as counsel for the plaintiffs in this action.

    /s/ Elana Bildner
Elana Bildner (ct30379)
ACLU Foundation of Connecticut
765 Asylum Avenue, 1st Floor
Hartford, CT 06105
(860) 471-8475
e-filings@acluct.org