**United States District Court**
**District of Connecticut**

| | |
|---|---|
| OPEN COMMUNITIES ALLIANCE and SOUTHCOAST FAIR HOUSING,<br><br>         Plaintiffs,<br><br>-against-<br><br>UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, and BEN CARSON, in his official capacity as United States Secretary of Housing and Urban Development,<br><br>         Defendants. | Civil No.   20-cv-1587<br><br>**NOTICE OF APPEARANCE** |

  I am authorized to practice in this Court, and I appear as counsel for the plaintiffs in this action.

                   /s/ Dan Barrett
                 Dan Barrett (# ct29816)
                 ACLU Foundation of Connecticut
                 765 Asylum Avenue, 1st Floor
                 Hartford, CT 06105
                 (860) 471-8471
                 e-filings@acluct.org