AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | |
|---|---|
| Open Communities Alliance, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 3:20-cv-01587-JBA |
| Carson, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Open Communities Alliance and SouthCoast Fair Housing.

Date:   10/22/2020

*Attorney's signature*

Sandra S. Park    phv04436
*Printed name and bar number*

125 Broad Street, 18th Floor
New York, NY 10004
*Address*

spark@aclu.org
*E-mail address*

(212) 519-7871
*Telephone number*

*FAX number*