UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| OPEN COMMUNITIES ALLIANCE and SOUTHCOAST FAIR HOUSING | : : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil No. 3:20CV1587 (JBA) |
| UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT and BEN CARSON, in his official capacity as Secretary of Housing and Urban Development | : : : : : : | |
| | | December 17, 2020 |
| Defendants. | : : | |

CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Pursuant to D. Conn. L. Civ. R. 7(b), the Defendants, United States Department of Housing and Urban Development and Ben Carson, in his official capacity as Secretary of Housing and Urban Development, respectfully requests an extension of time until January 15, 2021, to file a response to the Complaint.

On October 22, 2020, Plaintiffs filed the Complaint, which challenges Defendants' issuance of a final rule, *HUD's Implementation of the Fair Housing Act's Disparate Treatment Standard*, 85 Fed. Reg. 60288 (Sept. 24, 2020) ("2020 Rule"), under the Administrative Procedure Act ("APA"), 5 U.S.C. §§ 701, *et seq.*  Plaintiffs served Defendants with the Complaint in the instant action on October 26, 2020.

On October 25, 2020, the United States District Court for the District of Massachusetts stayed the effective date of the 2020 Rule. *Mass. Fair Hous. Ctr. v. United States Dep't of Hous. & Urban Dev.*, No. CV 20-11765-MGM, 2020 WL 6390143 (D. Mass. Oct. 25, 2020).

In light of the current posture of the now-stayed 2020 Rule and Defendants' December 24, 2020 deadline to file a notice of appeal of the stay order in *Massachusetts Fair Housing Center*, Defendants respectfully request an extension until January 15, 2021 to respond to Plaintiffs' Complaint.  This is Defendants' first extension motion in this case.  Defendants conferred with Plaintiffs about this motion pursuant to D. Conn. L. Civ. R. 7(b)(2).  Plaintiffs consent to this motion.

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

LESLEY FARBY
Assistant Branch Director

*/s/ Brian C. Rosen-Shaud*
BRIAN C. ROSEN-SHAUD
Trial Attorney (ME Bar No. 006018)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 305-7667
Brian.C.Rosen-Shaud@usdoj.gov

Attorneys for Defendants

CERTIFICATE OF SERVICE

    I hereby certify that on December 17, 2020, a copy of foregoing Consent Motion for an Extension of Time to Respond to the Complaint was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

    */s/ Brian C. Rosen-Shaud*
BRIAN C. ROSEN-SHAUD
Trial Attorney (ME Bar No. 006018)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 305-7667
Brian.C.Rosen-Shaud@usdoj.gov