UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| OPEN COMMUNITIES ALLIANCE and SOUTHCOAST FAIR HOUSING | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil No. 3:20CV1587 (JBA) |
| | : | |
| UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT and BEN CARSON, in his official capacity as Secretary of Housing and Urban Development | : | January 12, 2021 |
| | : | |
| Defendants. | : | |

<u>CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT</u>

Pursuant to D. Conn. L. Civ. R. 7(b), the Defendants, United States Department of Housing and Urban Development and Ben Carson, in his official capacity as Secretary of Housing and Urban Development, respectfully requests a 30 day extension of time to file a response to the Complaint.

On October 22, 2020, Plaintiffs filed the Complaint, which challenges Defendants' issuance of a final rule, *HUD's Implementation of the Fair Housing Act's Disparate Treatment Standard*, 85 Fed. Reg. 60288 (Sept. 24, 2020) ("2020 Rule"), under the Administrative Procedure Act ("APA"), 5 U.S.C. §§ 701, *et seq.* Plaintiffs served Defendants with the Complaint in the instant action on October 26, 2020.

On October 25, 2020, the United States District Court for the District of Massachusetts stayed the effective date of the 2020 Rule. *Mass. Fair Hous. Ctr. v. United States Dep't of Hous.*

*& Urban Dev.*, No. CV 20-11765-MGM, 2020 WL 6390143 (D. Mass. Oct. 25, 2020).  On

December 23, 2020, the Defendants filed a Notice of Appeal of that decision.

In light of the posture of the now-stayed 2020 Rule and Defendants' pending appeal in

*Massachusetts Fair Housing Center*, Defendants respectfully request a 30 day extension to

respond to Plaintiffs' Complaint.  This is Defendants' second extension motion in this case.

Defendants conferred with Plaintiffs about this motion pursuant to D. Conn. L. Civ. R. 7(b)(2).

Plaintiffs consent to this motion.

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

LESLEY FARBY
Assistant Branch Director

*/s/ Brian C. Rosen-Shaud*
BRIAN C. ROSEN-SHAUD
Trial Attorney (ME Bar No. 006018)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 305-7667
Brian.C.Rosen-Shaud@usdoj.gov

Attorneys for Defendants