UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| OPEN COMMUNITIES ALLIANCE and SOUTHCOAST FAIR HOUSING | : : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil No. 3:20CV1587 (JBA) |
| UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT and MARCIA L. FUDGE,[1] in her official capacity as Secretary of Housing and Urban Development | : : : : : : : | April 15, 2021 |
| Defendants. | : : | |

DEFENDANTS' STATUS REPORT

Defendants, Secretary Marcia L. Fudge and the United States Department of Housing and Urban Development ("HUD"), submit this status report, pursuant to the Court's March 3, 2021 Order (ECF No. 32).

On October 22, 2020, Plaintiffs filed the Complaint, which challenges Defendants' issuance of a final rule, *HUD's Implementation of the Fair Housing Act's Disparate Treatment Standard*, 85 Fed. Reg. 60288 (Sept. 24, 2020) ("2020 Rule"), under the Administrative Procedure Act, 5 U.S.C. §§ 701, *et seq*.  Plaintiffs served Defendants with the Complaint in the instant action on October 26, 2020.

On October 25, 2020, the United States District Court for the District of Massachusetts stayed the effective date of the 2020 Rule.  *Mass. Fair Hous. Ctr. v. United States Dep't of Hous.*

---

[1] Pursuant to Fed. R. Civ. Pro. 25(d), the Secretary of HUD, Marcia L. Fudge, is automatically substituted for former Acting Secretary Matt Ammon.

*& Urban Dev.*, No. CV 20-11765-MGM, 2020 WL 6390143 (D. Mass. Oct. 25, 2020). On December 23, 2020, the Defendants filed a Notice of Appeal of that decision; however, on February 9, 2021, Defendants filed a motion to voluntarily dismiss their appeal and do not seek to lift the stay in the Massachusetts court during the pendency of that case.

On January 26, 2021, President Biden issued a Presidential Memorandum that instructed that HUD

> shall also, as soon as practicable, take all steps necessary to examine the effects of the September 24, 2020, rule entitled "HUD's Implementation of the Fair Housing Act's Disparate Impact Standard" (codified at part 100 of title 24, Code of Federal Regulations), including the effect that amending the February 15, 2013, rule entitled "Implementation of the Fair Housing Act's Discriminatory Effects Standard" has had on HUD's statutory duty to ensure compliance with the Fair Housing Act. Based on that examination, the Secretary shall take any necessary steps, as appropriate and consistent with applicable law, to implement the Fair Housing Act's requirements that HUD administer its programs in a manner that affirmatively furthers fair housing and HUD's overall duty to administer the Act (42 U.S.C. 3608(a)) including by preventing practices with an unjustified discriminatory effect.

Redressing Our Nation's and the Federal Government's History of Discriminatory Housing Practices and Policies, 86 FR 7487 (published Jan. 29, 2021).

Pursuant to the President's directive, HUD began actively examining the discriminatory effects rules. In light of that examination, on February 10, 2021, the Defendants requested that the Court stay this case for 60 days. ECF No. 32. In a Minute Entry on March 3, 2021, the Court granted the Defendants' request and stayed this case until April 15, 2021.

On April 12, 2021, HUD sent to the Office of Management and Budget a draft proposed rule for inter-agency review. *See* https://www.reginfo.gov/public/do/eoDetails?rrid=162113. In light of HUD's recent action with respect to the rule at issue in this case and to allow for the continuation of the inter-agency review process, the Defendants respectfully request a

continuation of the stay in this case for 90 days, until July 14, 2021, on which date the Defendants propose to file another status report, updating the Court on the status of the proposed rule and proposing any next steps as appropriate.

    This is Defendants' first requested extension of the stay. Defendants conferred with Plaintiffs about this motion pursuant to D. Conn. L. Civ. R. 7(b)(2).  Plaintiffs consent to a 90-day stay.

Respectfully submitted,

MICHAEL D. GRANSTON
Deputy Assistant Attorney General

LESLEY FARBY
Assistant Branch Director

*/s/ Brian C. Rosen-Shaud*
BRIAN C. ROSEN-SHAUD
Trial Attorney (ME Bar No. 006018)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 305-7667
Brian.C.Rosen-Shaud@usdoj.gov

Attorneys for Defendants